UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROS TUR-SARKSYAN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>PAMELA J. BONDI, U.S. Attorney General; KRISTI NOEM, Secretary, United States Department of Homeland Security; and D. MARIN, Warden, Adelanto Detention Center,<br><br>　　　　　Respondents. | Case No: 5:26-cv-00696-MWF-AYP<br><br>**PRELIMINARY INJUNCTION** |

On February 23, 2026, the Court issued an Order Granting In Part Petitioner's Motion for a Temporary Restraining Order. (Docket No. 11). The Court further issued an Order to Show Cause as to why the Temporary Restraining Order should not be converted into a Preliminary Injunction. (Docket No. 12).

On March 10, 2026, having reviewed the responses to the Order to Show Cause and pursuant to Federal Rule of Civil Procedure 65, good cause appearing therefor:

Respondents are **ENJOINED** from re-detaining Petitioner unless they comply with the process required under 8 C.F.R. §§ 241.4(l)(1), 241.13(i).

**IT IS SO ORDERED.**

Dated: March 10, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge