JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

PETROS TUR-SARKSYAN,

Petitioner,

v.

PAMELA J. BONDI, *et al.*,

Respondents.

No. 5:26-cv-00696-AYP

~~[PROPOSED]~~ **JUDGMENT**

Pursuant to the Order Granting Petition and Entry of Judgment under 8 U.S.C. § 2241, ECF 23, it is adjudicated that the Petition is **GRANTED** consistent with the reasons and findings that are already set forth in the Court's order granting Petitioner's request for a preliminary injunction (ECF 19).

The Clerk of Court is directed to **CLOSE** the case.

Dated:  May 7, 2026

_____
HONORABLE ANNA Y. PARK
United States Magistrate Judge

1